UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD D. WROLEN,<br><br>        Defendant. | Case No. 06-cr-40019-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Richard D. Wrolen's *pro se* motion for copies (Doc. 968). Specifically, Wrolen asks this Court for a copy of the Information to Establish a Prior Conviction filed by the United States pursuant to 21 U.S.C. § 851.

Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413-14 (E.D. Wis. 1993). Before providing copies free of charge or otherwise making portions of the record available to a prisoner, a district court may require that the requestor: (1) show that he is unable to pay for copies (*i.e.*, through a certified record of his prison account), (2) show that he has exhausted *all* other means of access to his files (*i.e.*, through his trial or appellate counsel), and (3) make some showing as to the purpose for which the transcripts are sought. *See United States v. Wilkinson*, 618 F.2d 1215, 1218 n.3 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 417.

Here, Wrolen has failed to provide the Court with a certified record of his prison trust account from which the Court could determine he is unable to pay for copies. Further, he has not indicated for what purpose he needs this document or if he has tried to obtain a copy of this

document from counsel.  Accordingly, Wrolen fails to satisfy the above-mentioned prerequisites to obtaining a free copy of documents from this case.

For these reasons, Wrolen's motion for copies (Doc. 968) is **DENIED.**

**IT IS SO ORDERED.**

**DATED:**  August 14, 2013

>s/ J. Phil Gilbert
>**J. PHIL GILBERT**
>**DISTRICT JUDGE**